FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT -2 PM 3:41

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: BEECHGROVE REDEVELOPMENT, L.L.C., ET AL

CIVIL ACTION

NO: 09-0386

SECTION: "D"(5)
(Underlying Bankruptcy Nos. 07-12057 & 07-12058)

# ORDER

The Court, having considered the argument, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of any party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the proposed settlement (outlined in the Magistrate Judge's Report and Recommendation and perpetuated in the communication of counsel annexed to the Magistrate Judge's Report and Recommendation) be and is hereby approved by this Court.

New Orleans, Louisiana, this 2nd day of October, 2009.

A.J. MCNAMARA
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.